UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MELISSA ALMANZAR AND KELVIN ALMANZAR,

No. 07 Civ 3894 (LTS)(HBP)

                Plaintiffs,        **SUPPLEMENT TO**
-against-                                **COMPLAINT**

THOMAS HANKA, SHARON LINARI,
TRISTAR TITLE, LLC, and
TRISTAR TITLE AGENCY, LLC,

                Defendants.
------------------------------------------------------------------X

Plaintiffs, by their attorneys, AKIN & SMITH, LLC, hereby sets forth and allege upon information and belief, as their Supplement to the Complaint pursuant to the Court's Order of June 7, 2007, as follows:

1. Plaintiffs are citizens of the State of New Jersey

2. Defendant Thomas Hanka is a citizen of the state of Illinois.

3. Defendant Sharon Linari is a citizen of the State of Virginia.

4. Defendant TRISTAR TITLE AGENCY, LLC was at all times relevant an Illinois Limited Liability Company which did business in New York.

5. Defendant TRISTAR TITLE, LLC was at all times relevant an Illinois Limited Liability Company which did business in New York.

6. Defendants Thomas Hanka and Sharon Linari are the members of the above Limited Liability Companies.

7. None of the defendants are citizens of the State of New Jersey where Plaintiffs are citizens.

8. The acts of discrimination occurred in the State of New York, county of New York.

9. There exists complete diversity of citizenship and the amount in controversy exceeds $100,000.

Dated:    New York, NY
            June 13, 2007

AKIN & SMITH, LLC

By: _____

Derek T. Smith (DS 1747)

Attorneys for Plaintiffs
305 Broadway
Suite 1101
New York, NY 10007
(212) 587-0760

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                              No. 07 Civ 3894 (LTS)(HBP)
MELISSA ALMANZAR AND KELVIN ALMANZAR,


                      Plaintiffs,
          -against-


THOMAS HANKA, SHARON LINARI,
TRISTAR TITLE, LLC, and
TRISTAR TITLE AGENCY, LLC,

                      Defendants.
-------------------------------------------------------------------X

----------------------------------------------------------------

**SUPPLEMENT TO COMPLAINT**

----------------------------------------------------------------


AKIN & SMITH, LLC
Attorneys for Plaintiffs
305 Broadway
Suite 1101
New York, NY 10007
(212) 587-0760