LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    Sharon Linari and Tristar Title, LLC
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA and KELVIN ALMANZAR, | Case No.  07 CIV 3894 (LTS) |
| Plaintiffs, | |
| -against- | **CORPORATE DISCLOSURE STATEMENT** |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | Electronically Filed |
| Defendants. | |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tristar Title, LLC, by and through the undersigned counsel of record, hereby states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: June 20, 2007

/s/ Andrew P. Marks
Andrew P. Marks (AM-0361)
Jeannine R. Idrissa (JI-1009)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
Attorneys for Defendants
   Sharon Linari and Tristar Title, LLC

LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
Attorneys for Defendants
Sharon Linari and Tristar Title, LLC


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA and KELVIN ALMANZAR

        Plaintiffs,

-against-

THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC

        Defendants.

Case No. 07 CIV 3894 (LTS)

**CERTIFICATE OF SERVICE**

Electronically Filed

     Andrew P. Marks, of full age, hereby certifies as follows:

     1.    I am a shareholder with the firm of Littler Mendelson, P.C., counsel for Defendants Tristar Title, LLC and Sharon Linari, an individual, in the above-captioned action. I am familiar with the facts set forth in this Certification.

     2.    On June 20, 2007, I caused a true and complete copy of Defendant Tristar Title, LLC's Corporate Disclosure Statement to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

> Derek T. Smith (DTS 1747)
> Akin & Smith, LLC
> Attorneys for Plaintiffs
> 305 Broadway, Suite 1101
> New York, NY 10007
> (212) 587-0760

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Andrew P. Marks
Andrew P. Marks (AM-0361)

Dated: June 20, 2007

Firmwide:82658015.1 046687.1056

- 3 -