LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    Sharon Linari and Tristar Title, LLC
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA and KELVIN ALMANZAR, | No. 07 CIV 3894 (LTS) (HBP) |
| Plaintiffs, | |
| -against- | **ANSWER TO THE** <br> **SUPPLEMENT TO COMPLAINT** |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

      Defendants Sharon Linari and Tristar Title, LLC, also known as Tristar Title Agency, ("Tristar") (collectively "Defendants"), by and through their attorneys, Littler Mendelson, P.C., hereby answer the Supplement to Complaint of Melissa Almanzar and Kelvin Almanzar ("Plaintiffs") as follows:

      1.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Supplement to Complaint.

      2.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Supplement to Complaint.

      3.    Defendants admit the allegations contained in paragraph 3 of the Supplement to Complaint.

      4.    Defendants deny the allegations contained in paragraph 4 of the Supplement to Complaint as Tristar Title Agency, LLC does not exist.

5.  Defendants admit the allegations contained in paragraph 5 of the Supplement to Complaint.

6.  Defendants deny the allegations contained in paragraph 6 if the Supplement to Complaint.

7.  Defendants admit that defendants Sharon Linari and Tristar are not citizens of the State of New Jersey, but lack knowledge or information sufficient to form a belief as to the citizenship of Thomas Hanka and state that Tristar Title Agency, LLC is not a citizen of any state since it does not exist.

8.  Defendants admit that Plaintiffs were employed in the State of New York, county of New York and that the alleged acts of discrimination purportedly took place in said state and county, but deny that any discriminatory acts actually occurred.

9.  Defendants admit that the amount in controversy exceeds $100,000 but deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 of the Supplement to Complaint.

Dated: June 20, 2007
      New York, New York

/s/ Andrew P. Marks
Andrew P. Marks (AM-0361)
Jeannine R. Idrissa (JI-1009)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
Attorneys for Defendants
  Sharon Linari and Tristar Title, LLC

LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
Attorneys for Defendants
Sharon Linari and Tristar Title, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA and KELVIN ALMANZAR<br><br>    Plaintiffs,<br><br>  -against-<br><br>THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC<br><br>    Defendants. | Case No. 07 CIV 3894 (LTS)<br><br>**CERTIFICATE OF SERVICE**<br><br>Electronically Filed |

  Andrew P. Marks, of full age, hereby certifies as follows:

  1. I am a shareholder with the firm of Littler Mendelson, P.C., counsel for Defendants Tristar Title, LLC and Sharon Linari, an individual, in the above-captioned action. I am familiar with the facts set forth in this Certification.

  2. On June 20, 2007, I caused a true and complete copy of Defendant Sharon Linari and Tristar Title, LLC's Answer to the Supplement to Complaint to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

    Derek T. Smith (DTS 1747)
    Akin & Smith, LLC
    Attorneys for Plaintiffs
    305 Broadway, Suite 1101
    New York, NY 10007
    (212) 587-0760

- 4 -

3.  I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>                                             /s/ Andrew P. Marks
>                                             Andrew P. Marks (AM-0361)

Dated: June 20, 2007

Firmwide:82658208.1 046687.1056