# AFFIDAVIT OF SERVICE

ID # 529031

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

*akin*

INDEX NO: 3894/07
EPS NO: 516386

MELISSA ALMANZAR, KELVIN ALMANZAR

Plaintiff(s)

- vs. -

THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC, TRISTAR
TITLE AGENCY, LLC

Defendant(s)

State of _Illinois_, County of _COOK_    ss.: _Billy Molden_

being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, _6/15/2007_ at approximately _12:25 PM_ at 510 WEST ERI STREET, APT 1801, CHICAGO, IL 60610 deponent served the SUMMONS & COMPLAINT annexed on THOMAS HANKA in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ Corporation — By delivering to and leaving with _____ who stated ☐ he ☐ she was authorized to accept on behalf of said corporation.

☒ Responsible Person — By delivering to and leaving with _M. Wood - Security Officer_ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [☒] usual place of abode [ ] place of business within the State of New York.

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☒ Mail — A true copy thereof was also deposited on _6/15/2007_ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the **SUMMONS & COMPLAINT**

Sworn to before me on _6/15/2007_ _[signature]_

_[signature]_
Server

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/12/09

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**