**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
　Tristar Title, LLC and Sharon Linari
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 CIV 3894(LTS) (HBP) |
| Plaintiffs, | |
| -against- | **NOTICE OF APPEARANCE** |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

　　**PLEASE TAKE NOTICE** that Jeannine R. Idrissa, Esq. (JI-1009), of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York 10022, shall appear as co-counsel for Defendants Tristar Title, LLC and Sharon Linari in the above-captioned matter.

Date:　September 6, 2007
　　　　Newark, New Jersey

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeannine R. Idrissa
　　　　　　　　　　　　　　　　　　　　　　Jeannine R. Idrissa (JI-1009)
　　　　　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON**
　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　885 Third Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　 New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　212.583.9600
　　　　　　　　　　　　　　　　　　　　　　E-mail jidrissa@littler.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　Tristar Title, LLC and Sharon Linari

**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
   Tristar Title, LLC and Sharon Linari
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 CIV 3894(LTS) (HBP) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

   I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the

District Court using the CM/ECF systems, which sent notification of such filing to the following:

   Derek T. Smith (DTS 1747)
   **AKIN & SMITH, LLC**
   305 Broadway, Suite 1101
   New York, New York 10007
   212.587.0760
   Attorneys for Plaintiffs

Date:   September 6, 2007

/s/ Jeannine R. Idrissa
Jeannine R. Idrissa (JI-1009)

Firmwide:83053146.1 046687.1056

- 2 -