UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELISSA ALMANZAR AND KELVIN ALMANZAR,                          No. 07 Civ 3894 (LTS)(HBP)

                              Plaintiffs,              **JURY DEMAND**

              -against-

THOMAS HANKA, SHARON LINARI,
TRISTAR TITLE, LLC, and
TRISTAR TITLE AGENCY, LLC,


                              Defendants.
----------------------------------------------------------------X

        Plaintiff hereby demands a Jury of all issues to be tried.

Dated:        New York, NY
              September 17, 2007

                                        AKIN & SMITH, LLC

                              By: _____

                                   Derek T. Smith (DS 1747)




                              Attorneys for Plaintiffs
                              305 Broadway
                              Suite 1101
                              New York, NY 10007
                              (212) 587-0760

TO:
THOMAS HANKA
510 West Erie Street, Apt 1801
Chicago, IL 60610-6424

LITTLER MENDELSON
Attn: Jeannine R. Idrissa
Attorneys for Defendants
TRISTAR TITLE, LLC, TRISTAR TITLE AGENCY, LLC
and SHARON LINARI
885 Third Avenue, 16th Fl.
New York, NY 10022
212-583-9600