# AFFIDAVIT/CERTIFICATE OF SERVICE

STATE OF NEW YORK    }
                     } ss.
COUNTY OF NEW YORK   }

I, Gertrudis Peña, being sworn, deposes and says;

I am not a party to the action, am over eighteen (18) years of age and reside at Brooklyn, New York.

On September 17, 2007, I served the within JURY DEMAND via First Class Mail, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following:

THOMAS HANKA
510 West Erie Street, Apt 1801
Chicago, IL 60610-6424

LITTLER MENDELSON
Attn: Jeannine R. Idrissa
Attorneys for Defendants
TRISTAR TITLE, LLC, TRISTAR TITLE AGENCY, LLC
and SHARON LINARI
885 Third Avenue, 16th Fl.
New York, NY 10022

_____
Gertrudis Peña

Sworn to before me on this
17th day of September 2007

_____
Notary Public/State of New York

DEREK T. SMITH
Notary Public, State of New York
No. 02SM5046219
Qualified in New York County
Commission Expires July 3,