**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
     Tristar Title, LLC and Sharon Linari
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 Civ. 3894 (LTS)(HBP) |
| Plaintiffs, | |
| -against- | **DEFENDANT TRISTAR TITLE, LLC'S SUPPLEMENT TO THE ANSWER** |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

Defendant Tristar Title, LLC, by its attorneys, Littler Mendelson, P.C., hereby supplements its Answer to the Complaint, as requested by the Court during today's initial conference, as follows:

1.     Defendant Tristar Title, LLC is a Limited Liability Company.

2.     The sole member of Tristar Title, LLC is Kelly Sleeter.

3.     Kelly Sleeter is a citizen of the State of Illinois.

Date:   September 21, 2007

**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
     Tristar Title, LLC and Sharon Linari


By: s/ Jeannine R. Idrissa
        Jeannine R. Idrissa (JI-1009)

Firmwide:83139315.1 046687.1056