**LITTLER MENDELSON**
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600
Attorneys for Defendants
    Tristar Title, LLC and Sharon Linari


## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 Civ. 3894 (LTS) (HBP) |
|         Plaintiffs, | |
|     -against- | **CERTIFICATE OF SERVICE** |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
|         Defendants. | |

---

    **I HEREBY CERTIFY** that on this 21st day of September, 2007, I caused Defendant

Tristar Title, LLC's Supplement to the Answer to be electronically filed with the Clerk of the

Court using CM/ECF. This filing should cause the foregoing document to also be served on this

day on:

        Derek T. Smith, Esq.
        Akin & Smith, LLC
        305 Broadway, Suite 1101
        New York, New York 1007
        Attorneys for Plaintiffs

        via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  s/ Jeannine R. Idrissa
                                  Jeannine R. Idrissa

Dated: September 21, 2007