**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
    Thomas Hanka, Sharon Linari and Tristar Title, LLC
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

MELISSA and KELVIN ALMANZAR,          No. 07 CIV 3894 (LTS) (HBP)

        Plaintiffs,

    -against-                **ANSWER TO THE**
                            **SUPPLEMENT TO COMPLAINT**

THOMAS HANKA, SHARON LINARI, TRISTAR
TITLE, LLC and TRISTAR TITLE AGENCY, LLC,

        Defendants.

---

      Defendant Thomas Hanka ("Defendant"), by and through his attorney, Littler Mendelson,

P.C., hereby answer the Supplement to Complaint of Melissa Almanzar and Kelvin Almanzar

("Plaintiffs") as follows:

      1.     Defendant denies knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 1 of the Supplement to Complaint.

      2.     Defendant denies the allegations contained in paragraph 2 of the Complaint.

      3.     Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 3 of the Supplement to Complaint.

      4.     Defendant denies the allegations contained in paragraph 4 of the Supplement to

Complaint.

      5.     Defendant admits the allegations contained in paragraph 5 of the Supplement to

Complaint.

6.    Defendant denies the allegations contained in paragraph 6 if the Supplement to Complaint.

7.    Defendant admits that defendants Thomas Hanka and Tristar Title, LLC are not citizens of the State of New Jersey, but lack knowledge or information sufficient to form a belief as to the citizenship of Sharon Linari.

8.    Defendant admits that Plaintiffs were employed in the State of New York, county of New York and that the alleged acts of discrimination purportedly took place in said state and county, but deny that any discriminatory acts actually occurred.

9.    Defendant admits that the amount in controversy exceeds $100,000 but denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 of the Supplement to Complaint.


Date:  October 1, 2007                    **LITTLER MENDELSON, P.C.**
                                          Attorneys for Defendants
                                          Thomas Hanka, Sharon Linari and Tristar Title,
                                          LLC

                                          By: /s/  Jeannine R. Idrissa
                                                  Jeannine R. Idrissa

**LITTLER MENDELSON**
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600
Attorneys for Defendants
Thomas Hanka, Sharon Linari and Tristar Title, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
_____

MELISSA and KELVIN ALMANZAR

                Plaintiffs,                        Case No. 07 CIV 3894 (LTS)

        -against-

THOMAS HANKA, SHARON LINARI,          **CERTIFICATE OF SERVICE**
TRISTAR TITLE, LLC and TRISTAR TITLE
AGENCY, LLC
                                      **Electronically Filed**

                Defendants.
_____

      Jeannine Idrissa, of full age, hereby certifies as follows:

      1.      I am an attorney with the firm of Littler Mendelson, P.C., counsel for Defendants

Tristar Title, LLC, Thomas Hanka, and Sharon Linari, an individual, in the above-captioned action.  I

am familiar with the facts set forth in this Certification.

      2.      On October 1, 2007, I caused a true and complete copy of Defendant Thomas Hanka's

Answer to the Supplement to Complaint to be electronically filed with the Clerk of the District Court

using the CM/ECF systems, which sent notification of such filing to the following:

                Derek T. Smith (DTS 1747)
                Akin & Smith, LLC
                Attorneys for Plaintiffs
                305 Broadway, Suite 1101
                New York, NY 10007
                (212) 587-0760

3.      I certify that the foregoing statements made by me are true.  I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Jeannine R. Idrissa
Jeannine R. Idrissa

Dated:  October 1, 2007

Firmwide:83166146.1 046687.1056