**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
   Tristar Title, LLC and Sharon Linari
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 CIV 3894(LTS) (HBP) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that Deke W. Bond, Esq. of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York 10022, shall appear as co-counsel for Defendants Tristar Title, LLC and Sharon Linari in the above-captioned matter.

Date:  February 11, 2008
       New York, New York

/s/ Deke W. Bond
Deke W. Bond (DB 0349)
**LITTLER MENDELSON**
   A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600
E-mail dbond@littler.com

Attorneys for Defendants
   Tristar Title, LLC and Sharon Linari

**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants
    Tristar Title, LLC and Sharon Linari
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Case No. 07 CIV 3894(LTS) (HBP) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| -against- | |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC and TRISTAR TITLE AGENCY, LLC, | |
| Defendants. | |

    I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

    Derek T. Smith (DTS 1747)
    **AKIN & SMITH, LLC**
    305 Broadway, Suite 1101
    New York, New York 10007
    212.587.0760
    Attorneys for Plaintiffs

Date:   February 11, 2008

                                                           /s/ Deke W. Bond
                                                          Deke W. Bond (DB 0349)

Firmwide:84269484.1 046687.1056