USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MELISSA ALMANZAR, et al.,          :
                Plaintiff,         :   07 Civ. 3894 (LTS)(HBP)
     -against-                     :   ORDER
THOMAS HANKA, et al.,              :
                Defendant.         :
----------------------------------X

PITMAN, United States Magistrate Judge:

A tape-recorded conference call having been held on this date concerning a dispute among the parties regarding plaintiffs' depositions, for the reasons stated on the tape-recording of the call, it is hereby ORDERED that:

   1. Melissa Almanzar is directed to appear for the completion of her deposition on a date mutually convenient to all counsel, said date to be no later than March 12, 2008.

   2. Kelvin Almanzar is directed to appear for his deposition on a date mutually convenient to all counsel, said date to be no later than March 12, 2008.

   3. In addition to whatever other reimbursement plaintiffs have already agreed to, they are directed to reimburse defendants in the amount of $250 for legal fees in connection with the cancellation of Melissa

Almanzar's deposition and their application to the Court for an Order compelling Melissa Almanzar's deposition.

Dated: New York, New York
February 27, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Ismail S. Sekendiz, Esq.
Akin & Smith, LLC
Suite 1101
305 Broadway
New York, New York  10007

Jeannine R. Idrissa, Esq.
Littler Mendelson, P.C.
8th Floor
One Newark Center
Newark, New Jersey  07102