LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR, | Civil Action No. 07 Civ. 3894 (LTS) (HBP) |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC, and TRISTAR TITLE AGENCY, LLC, | **Electronically Filed** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed with prejudice, without costs or attorneys' fees to any party, provided, however, that this Court shall retain jurisdiction of the matter for the purpose of enforcing the provisions of the Confidential Settlement Agreement and General Release executed by the parties.

| | |
|---|---|
| **AKIN & SMITH, LLC**<br>Attorney for Plaintiffs | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendants |
| By: _/s/_<br>  Derek T. Smith (DTS 1747) | By: _/s/_<br>  Jeannine R. Idrissa (JI 1004) |
| Dated: 5/19, 2008 | Dated: 6/12, 2008 |

Firmwide:84923670.1 046687.1056

6