Swain/S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: JUL 0 7 2008

LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ALMANZAR and KELVIN ALMANZAR,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS HANKA, SHARON LINARI, TRISTAR TITLE, LLC, and TRISTAR TITLE AGENCY, LLC,<br><br>Defendants. | Civil Action No. 07 Civ. 3894 (LTS) (HBP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Electronically Filed |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed with prejudice, without costs or attorneys' fees to any party. ~~provided, however, that this Court shall retain jurisdiction of the matter for the purpose of enforcing the provisions of the Confidential Settlement Agreement and General Release executed by the parties.~~

AKIN & SMITH, LLC
Attorney for Plaintiffs

By: /s/ Derek T. Smith
Derek T. Smith (DTS 1747)
Dated: 5/19, 2008
Firmwide:84923670.1 046687.1056

LITTLER MENDELSON, P.C.
Attorneys for Defendants

By: /s/ Jeannine R. Idrissa
Jeannine R. Idrissa (JI 1004)
Dated: 6/12, 2008

SO ORDERED.

/s/ Laura Taylor Swain 7/7/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

6